

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-291-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BYRON BROWN ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#68) on May 31, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE PAYMENTECH SOLUTIONS LLC
Amount of Restitution: $120,000.00

**Total Amount of Restitution ordered: $120,000.00\*\***

\*\*Joint and Several with co-defendants Lonnie Lillard and Dennis Bryant

Dated this _____23_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE