FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-CR-291-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BYRON BROWN | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#68) on May 31, 2007.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHASE PAYMENTECH SOLUTIONS LLC
Amount of Restitution: $120,000.00

**Total Amount of Restitution ordered:  $120,000.00**\*\*

\*\*Joint and Several with co-defendants Lonnie Lillard and Dennis Bryant

Dated this _____23_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE